

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Harold C. MARCHENA,
Plaintiff-Appellant

v.

UNITED STATES, Defendant-Appellee

2017-1476

United States Court of Appeals,
Federal Circuit.

November 14, 2017

Clifford W. JONES, Sr., Petitioner

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
Respondent

2017-1624

United States Court of Appeals,
Federal Circuit.

Decided: November 14, 2017

KENNETH FOARD McCALLION, McCallion & Associates LLP, New York, NY, argued for plaintiff-appellant.

ANTHONY F. SCHIAVETTI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

CLIFFORD W. JONES, SR., Cass Lake, MN, pro se.

ALISON VICKS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; JEFFREY S. DAVIS, ALAN S. DORN, CRAIG HERKAL, Office of the General Counsel, United States Department of Health and Human Services, Chicago, IL.

Before Moore, Reyna, and Taranto, Circuit Judges.